# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-cr-00109-LDG-PAL |
| vs. ) | **ORDER** |
| ALFONZO LOBAS, ) | |
| Defendant. ) | |

This matter is before the court on FDC SeaTac, Warden Fox's request for an extension of time to provide the court with the psychological evaluation of Alfonzo Lobas. Mr. Lobas was sent to FDC SeaTac, Washington, for a forty-five-day period of study to determine his mental competency and criminal responsibility. Although the order was entered April 18, 2013 Lobas was not transported to FDC SeaTac for some time. In a letter dated May 28, 2013, Cynthia A. Low, Ph.D, Forensic Unit Psychologist, has requested an extension of time in which to complete the report and submit it to the court. The letter request was also forwarded to AUSA Cristina Silva and defense counsel Brett Whipple. Counsel for the parties have stipulated to a continuance of the trial date and the trial court has reset the trial until November 18, 2013 finding the time excludable under the Speedy Trial Act.

**IT IS ORDERED** that Warden Fox's request for an extension of time is **GRANTED**. The report shall be completed no later than **August 19, 2013**, and submitted to the court no later than **September 3, 2013.**

Dated this 29th day of July, 2013.

Peggy A. Leen
United States Magistrate Judge