# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

               Plaintiff,

v.

Alfonzo Lobas

               Defendant.

JUDGMENT

Case Number: 2:12-cr-00109-APG-PAL

(Related case: 2:19-cv-01379-LDG)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant Alfonzo Lobas' Motion under 28 U.S.C. 2255 to vacate, set aside, or correct his sentence is Granted.

9/24/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk