# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Alfonzo Lobas,

    Defendant

Case No.: 2:12-cr-00109-APG-PAL

**Order Denying Motion to Correct Judgment**

[ECF No. 160]

Defendant Alfonzo Lobas filed a letter (which I will treat as a motion) requesting that I amend his judgment of conviction to give him credit for the time he was in custody before he was transferred to the Bureau of Prisons. ECF No. 160.  I agree with Mr. Lobas that, when I sentenced him, I presumed he would receive credit for the time he had been in custody.  But I did not and could not calculate the amount of time he should receive as a credit.

I do not have the authority to grant Mr. Lobas prison credit time. *United States v. Wilson*, 503 U.S. 329, 334-335 (1992).  Rather, that authority belongs to the Bureau of Prisons. *United States v Checchini*, 967 F.2d 348, 349-350 (9th Cir. 1992) (citing *Wilson*).  As the Government points out in its response, Mr. Lobas should pursue his administrative remedies through the Bureau of Prisons.  If unsuccessful, he might seek review though a habeas petition.

I THEREFORE ORDER that the defendant's motion to correct the judgment **(ECF No. 160) is denied** because I lack the authority to grant it.

DATED this 28th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE