# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Alfonzo Dale Lobas**

Case Number: **2:12CR00109**

Name of Sentencing Judicial Officer: **Honorable Lloyd D. George**

Date of Original Sentence: **March 3, 2014**

Original Offense: **Conspiracy to Interfere with Commerce by Robbery; Interference with Commerce By Robbery (3 counts); Interference With Commerce by Robbery and Aiding and Abetting (2 counts)**

Original Sentence: **164 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **November 19, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    Between January 16, 2022, and January 28, 2022, Lobas committed a slew of robberies in the Las Vegas, NV area. Lobas was arrested on January 28, 2022, and was booked into Clark County Detention Center by the Las Vegas Metropolitan Police Department. Lobas was charged with the following offenses: Robbery with Deadly Weapon (7 counts), and Burglary with a Firearm (7 counts).

RE: Alfonzo Dale Lobas

Prob12C
D/NV Form
Rev. March 2017

On February 11, 2022, a criminal complaint was filed in the United States District for the District of Nevada charging Lobas with the offense of Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 17, 2022**

_____
Digitally signed by Kamuela Kapanui
Date: 2022.02.18 12:56:43 -08'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

_____
Digitally signed by Joy Gabonia
Date: 2022.02.18 12:51:58 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

February 18, 2022
_____
Date

RE: Alfonzo Dale Lobas

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
# UNITED STATES V. ALFONZO DALE LOBAS, 2:12CR00109

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
## February 17, 2022

By way of case history, on March 20, 2014, Lobas was sentenced by U.S. District Court Judge Lloyd D. George, to 84 Months as to count 2 to run consecutive to all other counts; 80 Months, as to counts 1, 3, 13, 15, 17, and 21, to run concurrent to one another and consecutive to count 2, totaling 164 Months. On November 6, 2019, Lobas was resentenced by U.S. District Court Judge Andrew P. Gordon, to 87 months, per counts 1, 3, 13, 15, 17 and 21, all concurrent with each other. Additionally, he was ordered 3 years, of supervised release per count all concurrent to each other. On November 19, 2021, supervised release commenced in the District of Nevada.

As mentioned in the petition, Lobas was arrested on January 28, 2022, for multiple robberies in the Las Vegas area. The following information was obtained from the arrest report provided to the probation office. On January 16, 2022, Lobas traveled to 4375 Spring Mountain Road, Las Vegas, NV 89103, (Circle K), pulled out a silver handgun and took money from the business register. It was later found out that a total of $264 was taken from the register.

On January 16, 2022, following the robbery at Circle K, Lobas traveled to 4895 Spring Mountain Road, Las Vegas, NV 89103, (Terribles/Chevron Gas Station), and took an unknown amount of money from the register while in possession of a grey/nickel handgun.

On January 22, 2022, Lobas traveled to 2525 South Buffalo Road, Las Vegas, NV 89117, (CVS Pharmacy), and walked to the register armed with a handgun. The victim behind the register indicated Lobas demanded that she empty the register containing cash into a yellow bag Lobas provided and he left with approximately $300 dollars.

On January 24, 2022, Lobas traveled to 2745 North Rainbow, Las Vegas, NV 89108, (Horizon Market and Gas), armed with a handgun and took the entire drawer from the register prior to exiting.

On January 25, 2022, Lobas traveled to 6720 W. Flamingo Road, Las Vegas, NV 89103, (Rebel gas station), and pointed a handgun at a store employee and took $213 from the register before leaving.

On January 26, 2022, Lobas traveled to 1590 N. Lamb, Las Vegas, NV 89110, (AM PM), where he and a female accomplice entered the store. Lobas was in possession of a handgun in his hand and took all the money out of both registers and left the store.

On January 28, 2022, Lobas traveled to 4120 W. Desert Inn Road, Las Vegas, NV 89102 (Speedee Mart). He walked behind the counter, with a small handgun in his right had by his side and took all the cash and coins from the register and left the store.

RE: Alfonzo Dale Lobas

Prob12C
D/NV Form
Rev. March 2017

Surveillance footage was able to capture the vehicle that Lobas traveled to the Speedee Mart in. The vehicle was later identified at a Dotty's located at 3007 N. Rainbow, Las Vegas, NV 89108. Officers from the Las Vegas Metropolitan Police Department (LVMPD), waited for Lobas to exit the Dotty's and then arrested him. Lobas was then transported and booked accordingly.

Post booking, Lobas admitted to LVMPD officers that he began using methamphetamine recently prior to his arrest.

Based upon the offender's conduct detailed in this petition, the probation office recommends the issuance of a warrant to initiate revocation proceedings. It is further recommended the offender remain in custody pending revocation proceedings. Lobas is currently on supervision for Robbery, and within a few short months of being on supervision, he has returned to the same offense that brought him before the Court 10 years ago. He has a history of violence commencing at age 17, which includes an arrest for Domestic Batter. He has also sustained supervision violations as well as failures to appear. He is viewed as a danger to the community and a risk of nonappearance; and there is no condition or combination of conditions that would reasonably assure the safety of the community or the offender's appearance in court.

Respectfully submitted,

Digitally signed by Kamuela Kapanui
Date: 2022.02.18 12:57:19 -08'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2022.02.18 12:52:17 -08'00'

Joy Gabonia
Supervisory United States Probation Officer