Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>V<br><br>Alfonzo Lobas,<br><br>        Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Stipulation to Continue Revocation Hearing (ECF No. 208)** |

      The parties jointly request that this Court continue the revocation hearing currently scheduled for May 11, 2022, for at least 90 days because:

      1.     Undersigned was appointed to this case on April 8, 2022, and requires additional time to review the discovery and investigate the allegations.

      2.     The revocation petition contains new-law violations for which Mr. Lobas is facing new charges in Case No. 2:22-cr-00051-JCM-BNW.

//
//
//

3.     Mr. Lobas is in custody and agrees to the continuance.

DATED: May 4, 2022.

|  |  |
|---|---|
|  | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel | */s/ Daniel J. Cowhig*<br>By_____<br>Daniel J. Cowhig<br>Assistant United States Attorney |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alfonzo Lobas,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Order Granting Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 90 days.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 11, 2022, at 1:30 p.m. is continued to August 17, 2022, at 9:00 a.m. in LV Courtroom 6C.

DATED: May 5, 2022

_____
Andrew P. Gordon
United States District Judge

4871-9289-4494.1

- 3 -