Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:12-cr-00109-APG-PAL |
|---|---|
| Plaintiff, | |
| V | **Stipulation to Vacate Preliminary Hearing (ECF No. 207)** |
| Alfonzo Lobas, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing on the petition to revoke supervised release because:

1. After Alfonzo Lobas was ordered detained pending the revocation hearing, he was indicted on the new-law violations alleged in the petition. *See* Case No. 2:22-cr-00051-JCM-BNW at ECF No. 14.[1]

2. The Ninth Circuit has held that a defendant who is already in custody on new charges at the time of the revocation proceeding is not entitled to a preliminary probable cause hearing. *United States v. Diaz-Burgos*, 601 F.2d 983, 985 (9th Cir. 1979); *United States v. Vasquez-Perez*, 742 F.3d 896, 899 (9th Cir. 2014).

---

[1] At the time of Mr. Lobas's initial appearance on the supervised-release petition, he had already been ordered detained on the complaint in case no. 2:22-mj-00117, which merged with case no. 2:22-cr-00051-JCM-BNW.

3. In light of this authority, the parties stipulate to vacate the preliminary hearing on the petition to revoke Mr. Lobas's supervised release.

DATED: May 4, 2022.

|  |  |
|---|---|
|  | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel | */s/ Daniel J. Cowhig*<br>By_____<br>Daniel J. Cowhig<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alfonzo Lobas,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Order Granting Stipulation to Vacate Preliminary Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to vacate the preliminary hearing.

　　IT IS THEREFORE ORDERED that the preliminary hearing set for May 10, 2022, at 2:00 p.m. is VACATED.

　　DATED: May 9, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brenda Weksler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4877-1351-2478.1

- 3 -