Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:12-cr-00109-APG-PAL |
|---|---|
| Plaintiff, | **Second Stipulation to Continue Revocation Hearing (ECF No. 214)** |
| V | |
| Alfonzo Lobas, | |
| Defendant. | |

The parties jointly request that this Court continue the revocation hearing currently scheduled for August 17, 2022, for at least 30 days because:

1. The revocation petition contains new-law violations for which Mr. Lobas is facing new charges in Case No. 2:22-cr-00051-JCM-BNW.

2. Trial in Case No. 2:22-cr-00051-JCM-BNW is currently set for December 19, 2022.

3. The parties need additional time to determine whether a joint resolution can be reached.

4. Mr. Lobas is in custody and agrees to the continuance.

DATED: August 11, 2022.

|  |  |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel | Jason M. Frierson<br>United States Attorney<br><br>*/s/ Daniel J. Cowhig*<br>By_____<br>Daniel J. Cowhig<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Alfonzo Lobas,<br><br>        Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 30 days.

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 17, 2022, at 9:00 a.m. is continued to September 28, 2022, at 9:30 a.m.

DATED: August 12, 2022

_____
Andrew P. Gordon
United States District Judge

4885-2630-9421.2

3