Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:12-cr-00109-APG-PAL |
|---|---|
| Plaintiff, | **Third Stipulation to Continue Revocation Hearing (ECF No. 217)** |
| v. | |
| Alfonzo Lobas, | |
| Defendant. | |

The parties jointly request that this Court continue the revocation hearing currently scheduled for September 28, 2022, for at least 60 days because:

1. The revocation petition contains new-law violations for which Mr. Lobas is facing new charges in Case No. 2:22-cr-00051-JCM-BNW.

2. Trial in Case No. 2:22-cr-00051-JCM-BNW is currently set for trial on January 23, 2023.

3. The parties need additional time to determine whether a joint resolution can be reached.

/ / /

/ / /

/ / /

3.       Mr. Lobas is in custody and agrees to the continuance.

DATED: September 23, 2022.

                                                               Jason M. Frierson
                                                               United States Attorney

    */s/ Erin Gettel*                               */s/ Daniel J. Cowhig*
By_____      By_____
Erin Gettel                                            Daniel J. Cowhig
                                                                   Assistant United States Attorney

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alfonzo Lobas,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Order Granting Third Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 90 days.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled September 28, 2022, at 9:30 a.m. is continued to January 4, 2023, at 9:00 a.m. in Courtroom 6C.

Dated: September 26, 2022

_____
Andrew P. Gordon
United States District Judge

4886-6405-9700.2

- 3 -