Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:12-cr-00109-APG-PAL |
| Plaintiff, | **Fourth Stipulation to Continue Revocation Hearing (ECF No. 219)** |
| v. | |
| Alfonzo Lobas, | |
| Defendant. | |

The parties jointly request that this Honorable Court continue the revocation hearing currently scheduled for January 4, 2023, to February 1, 2023, at 11:00 a.m. Sentencing in Case No. 2:22-cr-00051-JCM-BNW, the matter that addresses the new-law violations in the revocation petition, is set for February 1, 2023, at 10:00 a.m.

The parties have reached a global resolution to resolve both matters, which includes a binding plea agreement in Case No. 2:22-cr-00051-JCM-BNW. The parties therefore request to resolve both cases on the same date, with the revocation hearing to take place immediately after

/ / /

/ / /

/ / /

/ / /

sentence is imposed pursuant to the binding plea agreement.  Mr. Lobas is in custody and agrees to the continuance.

Date: December 12, 2022.

| | |
|---|---|
| */s/ Erin Gettel* <br> By_____ <br> Erin Gettel <br> Attorney for Alfonzo Lobas | Jason M. Frierson <br> United States Attorney <br><br> */s/ Daniel J. Cowhig* <br> By_____ <br> Daniel J. Cowhig <br> Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alfonzo Lobas,<br><br>　　　　Defendant. | Case No. 2:12-cr-00109-APG-PAL<br><br>**Order Granting Fourth Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 4, 2023, at 9:00 a.m. is continued to February 1, 2023, at 11:00 a.m. Courtroom 6C.

_____
Andrew P. Gordon
United States District Judge
DATED: December 13, 2022

4869-9806-9571.1