UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO LOBAS<br>and<br>SABIR PHILIMON<br><br>Defendant(s). | Case No. 2:12-cr-00109-1-2-APG-PAL<br><br>**CLARIFICATION ORDER** |

**CLARIFICATION ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgments for both defendants. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgments. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant's restitution to the below victims is a joint and several restitution.

Smoke and Beyond Smoke Shop                $300.00 Joint and Severally\*
2650 South Maryland Parkway
Las Vegas, NV 89102

Sono Smoke Shop                                          $800.00 Joint and Severally\*
3858 W. Sahara Avenue
Las Vegas, NV 89102

This Order does not reflect any previously made payment. It is for clarification as to the Judgments only.

\*Joint and Several for defendants: ALFONSO LOBAS AND SABIR PHILIMON

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE